# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Malibu Media, LLC

                    Plaintiff,

v.                                             Case No.: 1:18−cv−08437

                                               Honorable Thomas M. Durkin

John Doe, subscriber assigned IP address 108.79.0.52, et al.

                    Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 5, 2020:

      MINUTE entry before the Honorable Thomas M. Durkin:By agreement, plaintiff's motion to withdraw as attorney [34] is reset to 2/10/2020 at 9:00 a.m. The 2/6/2020 notice motion date is stricken. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.